UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

HOWARD JACK-BEY, JR.,

       Plaintiff,                               Case No. 1:13CV131

v.                                                Hon. Robert J. Jonker

MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,

       Defendants.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 30, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 30, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that plaintiff's motion for a temporary restraining order and preliminary injunction (docket # 38)  is  **DENIED**.


                                                             /s/ Robert J. Jonker
                                                              ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

DATED:  July 24, 2014.